UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DIANA KALANQUIN, : | |
|     Plaintiff, : | CIVIL ACTION NO. |
| : | 3:13cv392(JCH) |
| v. : | |
| : | |
| WYETH, LLC, et al., : | SEPTEMBER 19, 2013 |
|     Defendants. : | |

## ORDER OF DISMISSAL

This case is before the Court on defendants' Motions to Dismiss (Doc. Nos. 90, 93, 96) pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, for failure to prosecute and on the court's Notice To Plaintiff dated July 26, 2013 (Doc. No. 94). Plaintiff has failed to comply with the Court's July 26, 2013 Order, as well as its Orders of April 16, 2013 and May 7, 2013 (Doc. Nos. 81, 83).

Having considered the Motions, and for the reasons set forth in the Motions, the court grants, absent objection, defendants' Motions to Dismiss (Doc. Nos. 90, 93 & 96). It is hereby ordered that plaintiffs Complaint is dismissed without prejudice. All parties are to bear their own costs. The Clerk of Court is directed to close this case.

**SO ORDERED.**

Dated at New Haven, Connecticut, this 19th day of September, 2013.

/s/ Janet C. Hall
Janet C. Hall
United States District Judge